IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

THOMAS WAYLON BOYD,
BCCC #243248                                                                                          PLAINTIFF

v.                            Case No. 4:19-cv-461-KGB-BD

DOE                                                                                                   DEFENDANT

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Thomas Waylon Boyd's complaint is dismissed without prejudice (Dkt. No. 2). This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). The Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal would not be taken in good faith.

It is so adjudged this 30th day of June, 2021.

_____
Kristine G. Baker
United States District Judge